(119 So. 927)

**Anders WALDROP v. STATE.** (6 Div. 422.)

Court of Appeals of Alabama. Dec. 11, 1928.

BRICKEN, P. J. Appeal dismissed.

(128 So. 926)

**R. B. WALDROP v. STATE.**

**6 Div. 754.**

Court of Appeals of Alabama.
May 20, 1930.

BRICKEN, P. J.

The prosecution against this appellant for violating the prohibition law originated in the county court. From a judgment of conviction in that court he appealed to the circuit court, and was there tried by a jury, was again convicted, and appealed here.

A question of fact is presented by the evidence. No error in any of the court's rulings appear. The evidence was ample to support the jury's verdict. The judgment of conviction from which this appeal was taken is affirmed.

Affirmed.

(125 So. 927)

**J. S. WALKER v. W. E. McDONALD et al.**

**(7 Div. 590.)**

Court of Appeals of Alabama. Jan. 16, 1930.

PER CURIAM. Appeal dismissed for want of prosecution.

(125 So. 927)

**English WALKER v. STATE.** (4 Div. 563.)

Court of Appeals of Alabama. Dec. 17, 1929.

BRICKEN, P. J. The second count of the indictment, and upon which this appellant was convicted, charged the appellant with the offense of grand larceny, in that "he feloniously took and carried away from the storehouse of J. E. Parrish four shirts, of the value of $8, seven ties, of the value of $7, and a lot of clothing, of the value of $105, all of the said property being of the aggregate value of $120, the personal property of the said J. E. Parish," etc. The court fixed the punishment at not less than 20 months' nor more than 21 months' imprisonment in the penitentiary. Judgment of conviction was accordingly pronounced and entered, from which this appeal was taken. The appeal is upon the record proper, there being no bill of exceptions. As the record is regular in all things and without error, the judgment of conviction, from which this appeal was taken, will stand affirmed.

Affirmed.

(119 So. 927)

**Noah WALKER v. STATE.** (6 Div. 312.)

Court of Appeals of Alabama. Dec. 11, 1928.

BRICKEN, P. J. Appeal dismissed.

(128 So. 927)

**Otis, alias Odis, WALLACE v. STATE.**

**6 Div. 652.**

Court of Appeals of Alabama.
May 13, 1930.

SAMFORD, J.
Appeal dismissed.